UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED INVESTORS LIFE INSURANCE COMPANY ) ) ) ) Plaintiff, ) ) v. ) ) KAREN CONNER, MICHELLE McLAUGHLIN ) a/k/a MICHELLE McLAUGHLIN FARINA, ) REBECCA ANGEL a/k/a REBECCA ANGEL ) LERNER, RICHARD LOUIS, and CHARLES PIKE ) Defendants. | Civil Action No.<br><br>**04  10152  PBS**<br><br>JANUARY 22, 2004 |

## MOTION TO DEPOSIT FUNDS IN THE REGISTRY OF THE COURT

1.  Pursuant Federal Rule of Civil Procedure 67, Local Rule 67.2, and 28 U.S.C. §1335, plaintiff United Investors Life Insurance Company ("UIL") respectfully moves to deposit in the registry the court the sum of the proceeds of a life insurance policy plus interest, the allocation of which is in dispute in this interpleader action.

2.  A check in the amount of $101,504.14 is enclosed.

WHEREFORE, UIL respectfully seeks the following:

1.  An order accepting the enclosed.

                                          Respectfully submitted,

                                          UNITED INVESTORS LIFE INSURANCE
                                          COMPANY
                                          By its attorneys,

                                          _/s/ Stephen B. Hudak III_
                                          Stephen B. Hudak III (BBO# 643584)
                                          DAY, BERRY & HOWARD LLP
                                          CityPlace I
                                          Hartford, CT  06103-3499
                                          (860) 275-0100

Of Counsel:
Daniel L. FitzMaurice
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT  06103-3499
(860) 275-0100


Dated: January 22, 2004

## PROPOSED ORDER

The foregoing Motion to Deposit Funds in the Registry of the Court pursuant to Rule 67 having been presented to the Court, it is hereby ORDERED:     GRANTED/DENIED

BY THE COURT

_____

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via U.S. Mail, first class, postage prepaid, this day to all counsel of record as follows:

Ms. Karen Conner
8255 Sturbridge Way – Apt. 203
Cordova, TN 38018

Michelle McLaughlin
18 Milan Avenue
Woburn, MA 01801

Rebecca Angel
c/o Attorney Robert R. White
Levy and White
20 William Street
Lowell, MA 01852

Richard Louis
Louis Suburban Jewish Chapel
13-01 Broadway
Fairlawn, NJ 07410

Charles Pike
186 Grove Street
Lexington, MA 02420

_____
Stephen B. Hudak III