UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04 10152 PBS

United Investors Life Insurance Company
Plaintiff

v.

Karen Conner, Michelle McLaughlin a/k/a Michelle McLaughlin Farina, Rebecca Angel a/k/a Rebecca Angel Lerner, Richard Louis, and Charles Pike
Defendants

March 2, 2004

## OBJECTION TO PLAINTIFF MOTION TO DEPOSIT FUNDS IN THE REGISTRY OF THE COURT

Now comes Defendant Charles Pike, appearing Pro Se, submits the following objection to plaintiff's motion:

1. Defendant objects to the plaintiff's absolving itself of its contractual responsibility in this manner.

2. There is no credible evidence that Mr. Lerner was incompetent at the time of the amendments changing beneficiaries.

3. I have known Mr. Lerner and his family all my life; we grew up together. To allege that he was incompetent is a blot upon his memory.

Wherefore, it is respectfully requested that this honorable court deny plaintiff's motion to deposit funds.

Respectfully submitted,

X _____
Charles C. Pike, Pro Se
186 Grove Street
Lexington, MA 02420
(781)863-8039

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via U.S. Mail, first class, postage prepaid, this day to all the following:

Ms. Karen Conner
8255 Sturbridge Way Apt. 203
Cordova, TN 38018

Rebecca Angel
c/o Attorney Robert R. White
Levy and White
20 William Street
Lowell, MA 01852

Michelle McLaughlin
18 Milan Avenue
Woburn, MA 01801

Richard Louis
Louis Suburban Jewish Chapel
13-01 Broadway
Fairlawn, NJ 07410

United Investors Life Insurance Company
c/o Attorney Stephen B. Hudak III
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499


X _____
Charles C. Pike