UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04 10152 PBS

United Investors Life Insurance Company
Plaintiff

v.

Karen Conner, Michelle McLaughlin a/k/a Michelle McLaughlin Farina, Rebecca Angel a/k/a Rebecca Angel Lerner, Richard Louis, and Charles Pike
Defendants

March 2, 2004

## NOTICE OF APPEARANCE

Please enter my appearance as Pro Se

Respectfully submitted,

X _____
Charles C. Pike, Pro Se
186 Grove Street
Lexington, MA 02420
(781)863-8039

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via U.S. Mail, first class, postage prepaid, this day to the following:

Ms. Karen Conner
8255 Sturbridge Way Apt. 203
Cordova, TN 38018

Rebecca Angel
c/o Attorney Robert R. White
Levy and White
20 William Street
Lowell, MA 01852

Michelle McLaughlin
18 Milan Avenue
Woburn, MA 01801

Richard Louis
Louis Suburban Jewish Chapel
13-01 Broadway
Fairlawn, NJ 07410

United Investors Life Insurance Company
c/o Attorney Stephen B. Hudak III
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

X _____
Charles C. Pike