UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04 10152 PBS

United Investors Life Insurance Company
Plaintiff

v.

Karen Conner, Michelle McLaughlin a/k/a Michelle McLaughlin Farino, Rebecca Angel a/k/a Rebecca Angel Lerner, Richard Louis, and Charles Pike
Defendants

March 8, 2004

## NOTICE OF APPEARANCE

Please enter my appearance as Pro Se

Respectfully submitted,

X _____
Michelle McLaughlin/Farino
18 Milan Ave
Woburn, MA 01801
(781) 935-3542

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Civil Action No. 04 10152 PBS was mailed via U.S. Mail, first class, postage prepaid, this day 3/11/04, to the following plaintiff:

United Investors Life Insurance Company
c/o Attorney Stephen B. Hudak III
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

x _Michelle McLaughlin/Farino_
Michelle McLaughlin/Farino
18 Milan Ave
Woburn, MA 01801
(781) 935-3542