UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04 10152 PBS

United Investors Life Insurance Company
Plaintiff

v.

Karen Conner, Michelle McLaughlin a/k/a Michelle McLaughlin/Farino, Rebecca Angel a/k/a Rebecca Angel Lerner, Richard Louis, and Charles Pike.
Defendants

March 8, 2004

## OBJECTION TO PLAINTIFF'S MOTION TO DEPOSIT FUNDS IN THE REGISTRY OF THE COURT

Now comes the Defendant Michelle McLaughlin Farino, appearing Pro Se, submits the following objection to the plaintiff's motion:

1. I disagree. The interpleader action is unnecessary. The proceeds of Steve Lerner's life insurance policy should be settled as it states on the policy. (UIL) has nothing tangible to cause a dispute of the policy. (UIL) wants to be free from liability and the court could grant that with the policy being distributed as is. Instead of having an interpleader action which involves the court and five beneficiaries. Rebecca Angel would be the only beneficiary with a problem to the solution and she does not have any proof to refute this settlement, just her allegations. Therefore the policy's proceeds do not need to be deposited with the court.
2. I hope the court will realize the obvious situation. Steve Lerner was not incompetent; anyone can just simply state this remark as Rebecca Angel has. One has to follow up with proof. Therefore the policy must be settled as stated. If (UIL) wants to protect itself from all liabilities then the lawyers fees ect. are their own. The beneficiaries should not have to fit the bill for (UIL)'s protection.