UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United Investors Life Insurance Company<br>　　　　　Plaintiff, | CIVIL ACTION<br>NO.  04-10152-PBS |
| v. | |
| Karen Connor, et al<br>　　　　　Defendants. | |

## NOTICE OF SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                                              May 5, 2004

　　　TAKE NOTICE that the above-entitled case has been set for a Scheduling Conference on **June 23, 2004**, at **4:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Robert C. Alba
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


Copies to:  All Counsel