Charles C. Pike
186 Grove Street
Lexington, MA 02420

July 12, 2004

George H. Murphy
1807 Bridge Street, Unit 3
Dracut, MA 01826



RE: United Investors Life Insurance Company v. Connor et al, Docket No. 04-10152-PBS

Dear Mr. Murphy,

I have received and reviewed the "Release and Agreement Not to Sue" which you mailed to me on July 9, 2004. I would like to propose an amendment to paragraph 5 of this agreement. This change does not alter the intent of the document but rather clarifies the agreed-upon considerations. I propose that paragraph 5 be amended to read as follows:

> 5. In addition, Rebecca Angel (a.k.a. Rebecca Angel Lerner) agrees to co-operate with any investigation that U.S. Financial Life Insurance Company of Cincinnati, Ohio, who is not a party to this suit, makes to determine whether there is a valid health issue claim related to Steven Lerner's health at from the time of the policy's inception to the time of reinstatement. Rebecca Angel, (a.k.a. Rebecca Angel Lerner) also promises not to make a future suit over the life insurance proceeds relating to the U.S. Financial Life Insurance policy or to dispute the percentage of the policy due to any beneficiary, if said investigation determines that the U.S. Financial Life policy has a valid payoff to the named beneficiaries.

Please note that omitted items are denoted by a strike and additional items are denoted by an underline. The first change reflects the fact that the health issues under investigation by the U.S. Financial Life Insurance Company may predate the actual date of reinstatement. The second change may seem like overkill, but is simply meant to more accurately reflect the agreement of the parties made during Mediation.

Please send the revised copy for my signature after Rebecca Angel has signed it.

Sincerely,

Charles C. Pike

cc: Karen Connor, Michelle McLaughlin, Richard Louis, Rebecca Tyler