**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

United Investors Life Insurance Co.
           Plaintiff(s)

V.

Conner, et al
           Defendant(s)

CIVIL ACTION

NO.  04-10152-PBS

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    SARIS

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On   June 29, 2004   I held the following ADR proceeding:

    _____  SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    \_\_X\_\_\_\_  MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____  MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except Farino, Pike, Conner ]

The parties were / were not present in person or by authorized corporate officer [except _____ ].

The case was:

[X]  Settled. Your clerk should enter a  30  day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

   7/29/04                               /s/ A. David Mazzone, USDJ
    DATE                                     ADR Provider

(UILrep.wpd - 4/12/2000)                                [adrrpt.]