UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10152-PBS

| | | |
|---|---|---|
| UNITED INVESTORS LIFE INSURANCE CO. , | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | |
| KARE N CONNOR, MICHELLE McLAUGHLIN-FARINO, REBECCA ANGEL LERNER, RICHARD LOUIS, and CHARLES PIKE, | ) ) ) ) ) | |
| Defendants | ) ) | |

## DEFENDANTS' GLOBAL RELEASE

At issue in this interpleader action is the allocation of the proceeds of a life insurance policy issued by the plaintiff, United Investors Life Insurance Company of Birmingham, Alabama, Policy Number 43-G005866 (the "Policy"), to Steven Lerner, late of Lowell, Massachusetts.

The undersigned defendants, all named beneficiaries of the Policy, have participated in a confidential mediation session and have reached a final agreement as to the distribution of the proceeds of the Policy. Each of the individual defendants hereby agrees to release all other defendants from any and all actions, suits, controversies, claims and demands of any nature whatsoever in law or equity, arising out of the Policy at issue in this matter.

The undersigned defendants agree and stipulate to a dismissal of this case with prejudice.

X *Rebecca Lerner*    date X 8/5/04          _____ date_____
Rebecca Angel Lerner                                           Charles Pike


_____ date_____          _____ date_____
Michelle McLaughlin-Farino                                     Richard Louis


_____ date_____
Karen Conner